JEFFREY A. LONG, OSB no. 862350
jefflonglawyer@gmail.com
MARC DANN, Ohio Admission no. 0039425 *Pro Hac Vice*
mdann@dannlaw.com
**OREGON CONSUMER LAW CENTER**
4040 SW Douglas Way
Lake Oswego, OR 97035
Phone: (503) 635-7773
Fax: (503) 822-6727

    Of Attorneys for Plaintiffs
    John R. Galloway and Thanh Van Thi Nguyen

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| JOHN R. GALLOWAY AND THANH VAN THI NGUYEN, individuals and a married couple,<br><br>    Plaintiffs,<br><br>v.<br><br>JP MORGAN CHASE BANK, NATIONAL ASSOCIATION,<br>    Defendant. | Case No. 3:16-cv-01341-AA<br><br>**STIPULATED MOTION TO DISMISS CASE WITH PREJUDICE** |

Pursuant to Fed. R. Civ. Proc. 41, Plaintiffs and Defendant hereby stipulate to and move the court for an Order dismissing the above-captioned action, and all claims therein, with prejudice and without costs, disbursements, or attorney fees being awarded to any party.

Page 1 – Stipulated motion to dismiss case with prejudice

OREGON CONSUMER LAW CENTER
4040 SW Douglas Way, Lake Oswego OR 97035
Phone: (503) 635-7773  Fax: (503) 822-6727
jefflonglawyer@gmail.com

DATED: This 17th day of March, 2017

| OREGON CONSUMER LAW CENTER | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| By: *s/Jeffrey A. Long* <br> Jeffrey A. Long, OSB. No. 862350 <br> Attorneys for Plaintiffs | By: *s/Kevin H. Kono* <br> Kevin H. Kono, OSB. No. 023528 <br> Attorneys for Defendant |

IT IS SO ORDERED:

DATED this 28 day of March, 2017.

*[signature]*
HONORABLE JUDGE ANN AIKEN

Page 2 – Stipulated motion to dismiss case with prejudice

OREGON CONSUMER LAW CENTER
4040 SW Douglas Way, Lake Oswego OR 97035
Phone: (503) 635-7773  Fax: (503) 822-6727
jefflonglawyer@gmail.com